IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDY DAIL TANNER**                                                                                   **PLAINTIFF**

V.                              CASE NO. 3:23-CV-00030 JM-JTK

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant..

DATED this 2nd day of January 2024.

_____
UNITED STATES DISTRICT JUDGE