IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDY DAIL TANNER**                                                                                     **PLAINTIFF**

V.                            **CASE NO. 3:23-CV-00030 JM-JTK**

**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE